## Alice Orme Smith et al., Appellees, v. Village of Villa Park, Appellant.

**Gen. No. 9,501.**

Heard in this court at October term, 1939; opinion filed January 8, 1940; rehearing denied February 6, 1940. Matthews, Kaleth & Shapiro, for appellant; Thomas A. Matthews and Theodore F. Ashford, of counsel. Leonard C. Mead, Gordon Moffett, Markman, Donovan & Sullivan and Tolman & Chandler, for appellees; Henry O. Nickel and Howard B. Bryant, of counsel. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''

## Lawrence E. Hill, Appellee, v. A. A. Sprague, Receiver for Chicago North Shore and Milwaukee Railroad Company, Appellant.

**Gen. No. 40,719.**

O'CONNOR, J., dissenting.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940; rehearing denied February 5, 1940. Gardner, Foote, Morrow & Merrick, for appellant; Walter M. Fowler and Robert L. Elliott, Jr., of counsel; Rohde, Epstein & Steinberg, for appellee; Abraham Miller, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''